UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
NOV - 9 2016
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-40125 |
| Plaintiff, | INDICTMENT |
| vs. | CARJACKING |
| JON HENRI BRYANT, SR. | 18 U.S.C. § 2119(2) |
| Defendant. | |

The Grand Jury charges:

On or about the 25th day of October, 2016, in the District of South Dakota, the defendant, Jon Henri Bryant, Sr., with the intent to cause death and serious bodily harm, took a motor vehicle, a silver Oldsmobile Alero, that had been transported, shipped, and received in interstate commerce, from Christine Emma Woods by force, violence, and intimidation, resulting in serious bodily injury that caused a substantial risk of death, extreme physical pain, and protracted loss and impairment of the function of a mental faculty to Christine Emma Woods, in violation of Title 18, United States Code, Section 2119(2).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RANDOLPH J. SEILER
United States Attorney

By: _____