UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

|                              |   |                        |
|------------------------------|---|------------------------|
| UNITED STATES OF AMERICA,    | * | CR 16-40125            |
|                              | * |                        |
| Plaintiff,                   | * |                        |
|                              | * |                        |
| vs.                          | * | FACTUAL BASIS STATEMENT |
|                              | * |                        |
| JON HENRI BRYANT SR.,        | * |                        |
|                              | * |                        |
| Defendant.                   | * |                        |
|                              | * |                        |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The undersigned hereby stipulate that the following facts are true, and establish a factual basis for Mr. Bryant Sr.'s plea of guilty to kidnapping, pursuant to the F.R.Cr.P. 11(b)(3):

On October 25, 2016, the Defendant did willfully and knowingly confine, abduct and carry away Christine Woods, and did transport her in interstate commerce in violation of 18 U.S.C. § 1201(a)(1).

During the morning of October 25, 2016, the Defendant slapped the victim in the face and forced her by threat to get into the car he had purchased for the victim. He then drove into Minnesota for a short period of time, and then to a farm location in rural South Dakota. At the farm area, the Defendant allowed Ms. Woods to get out of the trunk and enter the passenger seat of the car.

He then told the victim to use her cell phone to call back 911.  When the Defendant noticed law enforcement was at the farm, he became angry at the victim, slapped her face and then frightened her further by putting his hands around the victim's throat.  He then attempted to flee the farm area but was soon thereafter apprehended.

Dated and signed on this 30th day of July, 2017.


_____
Jon Henri Bryant Sr.


_____
James A. Eirinberg
Attorney for Defendant

2