# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - DJP | Court Reporter – Jill Connelly |
| Courtroom - SF #2 | Date – August 1, 2017 |
| U.S. Probation Officer – Not Present | |

### 4:16-CR-40125

| | |
|---|---|
| UNITED STATES OF AMERICA | Jeremy Jehangiri |
| Plaintiff, | |
| vs. | |
| JON HENRI BRYANT | Jim Eirinberg |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 9:00 AM

TIME:

9:00 AM     Enter change of plea before the Hon. Karen E. Schreier, United States District Judge Sioux Falls, SD.  Counsel state their appearances for the record.  Defendant is also present in Court.

            Defendant is affirmed by the Deputy and questioned by the Court.

            Attorney Jehangiri states if Defendant pleads guilty to Count 1S, the government intends to dismiss without prejudice Counts 2S and 3S after sentencing.

            Defendant advised of maximum possible penalties and understands the same.

            Defendant advised of constitutional rights.

            Court states the essential elements of the case.

            Defendant understands the charges and understands the essential elements.  After additional questioning of the defendant, the Court finds the FBS does establish an independent factual basis for a plea.

| | |
|---|---|
| 4:16-CR-40125 | Date – August 1, 2017 |
| | Page - 2 |

                Defendant pleads guilty to the charge contained in Count 1 of the Superseding Indictment. The Court accepts the guilty plea and adjudges the Defendant guilty of the charge as described in Count 1 of the Superseding Indictment.

                The Court sets dates for PSR, objections, and sentencing.

9:15 AM      Court in recess.