Jon H Bryant Sr
16729-273
PO Box 1000
US Penitentiary
Leavenworth KS
66048

6-21-20
CR: 16-40125

Dear Judge Schreier,

You sentenced me to 360 month on Nov 14 2017. You said there were many things that warrented me to sentence reduction but you chose not to. Besides my diminished capacity at the time of my crime. Me was suffering from glocoma, COPD and imphazima.

On June 12 2020 I was told that I'm now legally blind. It came from the care I'm not getting in the federal prison system and the South Dakota State Penitentiary giving me the wrong eye drops for 3 months. Even when I told them they were the wrong drops they insisted I was wrong and threating to disoplend me when I complained. Even when the found out they were the wrong drops they just took my vitols but never had me see an Eye doctor.

I got here to Leavenworth 12-16-17 my eye sight was so bad and pressure 80 hi I had to get drow tube installed in the one good eye I could see out of. My vision has never been the same and my doctor is suprized I can see at all. From the two eye drops I took two times a day, I'm now at SEVEN. Two I take four times a day. Or I'm supose to. You see I was prescribe them on June 12 2020 today is the 23rd and for some reason I still don't have them. I e-mailed the doctor here I've talked to the med staf tell I'm blue in the face and yet no drops.

The back of my eye is filling up

Officer

with fluid making me loose the little bit site I have left. My sight right now is like driving in a deep fog with your high beams on. I can't make people out unless they are feet away. I just got new pictures of my kids but I can't make them out. I'm worse from the paper writing you but my family need me my mail.

Under 3842 (C)(1)(A) you can give me a sentence reduction. You can put me under house arrest. I have a place to stay with my good friend Dave Syverson of Syverson Tile and his family. I'm a veteran so I can get better medical care at the VA hospital there than here. They want to do laser surgery. The thing is if I start seeing spots or go completely blind I'm supose to seek medical attention right away. That's not going to happen here. I seen two people have heart attacks right in front of me while complaining to the guards something was wrong with them.

I'm at your mercy and I pray you get me out of here so I can get good medical care. The pass system is shut down and I can't be transferred to one of those hospitals or another prison. I've ask for compassionate release here for the past 3 months and get ping-ponged back and forth from the warden to counselor to unit manager. No one does nothing and knows I'm legally blind. I stay in my cell in the dark all day every day. Please help me.

Sincerely,
Josh Bryant SR
Jon H Bryant Sr

The compassionate
may be 3582 (c)(1)(a)

Jon Bayout
16729-273
PO Box 1000
US Penitentiary
Leavenworth KS
66048

KANSAS CITY 640

26 JUN 2020 PM 5 L

⇔16729-273⇔
Judge Karen Schrier
400 S Phillips AVE
Sioux Falls, SD 57104
United States

57104-684899

X-RAYED BY
SOUTH DAKOTA
CCO