Jon L Bryant
16228-223
PO Box 1000
US Penitentiary KS
Leavenworth 66048

CR: 16-40125-KES        Feb 20, 2021

Dear Judge Schaier

Because of the second outbreak of Covid-19 here at Leavenworth I'm asking your Honor to place me on home confinement tell this Ephidemic is under contraw.

The stof here said when I applied for compassionate release that they were doing everything to protect us "me" from the spread of Covid-19. Letting inmates go around with no masks, wile also blocking their cell doors so they can be out lot of times of the day with no consenquence is not protecting me or others.

The day we wen on this lockdown there were 35 cell doors open meaning 70 people were out that were supose to be locked in. There's no way the stof duse not see there are way to many people out. Let alone see all the open doors. This putting me in danger as well as others.

Wile on this recent lockdown I still see the orderlies out some with no masks others with them on their chin insted of cuvering their nose and mouth.

We were told if we need new masks to see the stof. I did several time and never recived a new mask. I have the same ones since month of 2020.

The court is well aware of me having COPD and imphsema along with glochcoma. I got Covid-19 here already and though I was a goner. I tested p systemmatic. I did just recive the first of 2 vaccine shots but I'm

sure I should of recieved the second shot by now. I need to check the computer to make sure.

I go to an out side eye doctor for injection in my left eye to keep me from going blind. Because of the out break here they are not getting me to these appointments. Im told because of covid-19 there are no out side medical visits. They can't let me loose my sight. It bad enough that because of the mistake the South Dakota State Prison made by giving me the wrong eye drops for 3½ month I had to have eye sergury and now do seven different eye drops a day now from the two I did before their mix up. Thats not including my injections every two weeks. I will include my eye doctors information in this letter, so the court can contact them. <u>I do not see an eye doctor at Leavenworth</u> and any statement from them is just a way to cover there butts for not getting me to the outside eye doctor. You really don't want to know how bad the medical staf is here, or should I say lack of medical help. I used to go see the Sysch Doctor but from the reseption I got from the new one I never went back.

Im just asking for home confinement till things are stable enough for me to return. I have a place to stay with my good long time friend Dave Syversun and his family. Letter inclosed from him. I can go to the VA hospital for all my medical needs. Although

I will need transportation. I can only make out things up to 30 feet away now. Some days less than that.

I should say, two years ago my outside eye doctor gave me a prescription for new glasses. I handed it over to medical and was told: Glasses are the least of your worries. To this day, I have not gotten new glasses. Yet others here have got them. I know because they changed the frames. People that have been here a short time have the new frames. My glasses are old and glued together by other inmates because they don't even have replacement parts to fix them. I turned them in to be fixed the last time I had it to the door and they comed back taped together. That lasted less than an hour.

Prison is a place of hi respect. You can't run into people, stept on toes, cut in front of others. By the grace of God everyone know I can't see and look after me. I can't program or take classes for time reduction. I can't work them define the Americas with disabil itys Act. I applied and was told your blind. I can't even get a job washing pot and pans. A friend teaches the hotel motenanace class and said just sign up and he'll pass me so I can get some good days. That changed with covid.

I put in for compassionate release but it was denied. Mainly because of the short time I served on my sentence and the medical staff here saying I was not taking my eye drops

because I turned in full bottles to get new drops. I'd be blind if I did not do my drops. My eye pressure stays at 12 to 14. With out drops it would be 24-32. We were on quarentine lock down and someone from medical bought me new drops. I told them the ones I had were full. She said I have them lets exchange them any ways. That how they got the full bottles. That happen twice in a roll. Then I found out what they said and make sure they dont exchange them before they are empty now. Also just because they may have something in them don't mean they are not exspired.

   Thank you for you time your Honor. Please give my request some consideration.

                                Sincerely,
                                Jon W Bryant Sr
                                Jon W Bryant Sr

P.S. I can not find my outside eye doctors information. Someone will have to get them from medical here.

One thing I left out. On my outside eye apointment. I was told after the injection if my vision starts to fade to call them right away. Later that night it started to happen so I contacted the C.O. in charge. He contacted the Lieutenant and said someone would get back to me. They never did and its been 3 weeks and although Im fine no one even contacted me. There is no way I can call if something goes wrong. Every time I get an injection Im subject to going through the same thing tell they contraw whats going on with my one good eye. I am completly blind in my right eye. They cant get the left stable if I keep missing apointmants. My doctor stated once he does not understand why Im not completly blind. If you look at my medical records my eye sight took a turn for the worst because of my stay at the South Dakota State Penitentery

16729-273
Jon Bryant Sr.
Unit A1 Room109
PO BOX 1000
US Penitentiary
Leavenworth, KS 66048
United States

KANSAS CITY 640
22 FEB 2021 PM 5 L

Judge Schrier
c/o
Clerk of Courts
400 S Phillips Ave
Sioux Fall S. Dakota
57104

5710468899



XRAYED BY
SOUTH DAKOTA
( )