No: 21-1986

United States of America

Plaintiff - Appellee

v.

Jon Henri Bryant, Sr.

Defendant - Appellant

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:16-cr-40125-KES-1)

**JUDGMENT**

Before GRUENDER, WOLLMAN, and STRAS, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

May 04, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans