In the Chambers of:                                1/30/22'
    Judge Karen Scerier

Hello,

    I sent you a letter approx 2 weeks ago, I beg of you to read that letter ASAP, as my eyes are fading fast. Time is very important, not meaning to rush you. I have requested emergencys medical, and not received any yet.

    We are in Code <u>RED</u> covid lock-down, I fear if they wait for it to clear, I feel, there will be not be any possible return of my vision. Presently, they titled me as legally blind. The BOP keeps saying appointment has been made, then they claim its cancled.    over ↓

I asked for urgent medical attention time-after-time, since NOV 19, 21; and nothing happened.

I spoke to Warden many times about medical, and suggested Home Confinement to get medical care at the VA.

So far this has been un-answered. I feel the 3553(a) factors - danger to the community would be null/void, as I am blind.

I ask of your help.

THANK YOU =

/s/ Brian H Ross

written by inmate: Brian Castell 06955-030

18 U.S.C. / 3582(c)(1)(A) Compassionate Release

Jon Bryant 16729-273
Federal Correctional Complex
Coleman Medium
Box 1032
Coleman, Florida 33521



TAMPA FL 335
SAINT PETERSBURG FL
1 FEB 2022 PM 4 L

In the CHAMBERS of: Judge
Karen Scerier
400 S. Phillips Ave.
Sioux Falls, S.D. 57104

X-RAYED BY
SOUTH DAKOTA
CSO